### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE CO., ) | |
| a/s/o Louisiana Marine Operators, LLC ) | CIVIL ACTION NO. 2:19-cv-12838 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGE LANCE M. AFRICK |
| CUMMINS MID-SOUTH, LLC, ) | |
| CUMMINS, INC. (OF INDIANA)., ) | MAGISTRATE JUDGE MICHAEL |
| ) | NORTH |
| Defendant. ) | |
| ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*
### OF ELIZABETH D. HATTING

**NOW INTO COURT**, comes Carlos A. Benach, who files this Motion for Admission *Pro Hac Vice* of Elizabeth D. Hatting to practice before this Honorable Court in the above-entitled and numbered cause of action and in support thereof, respectfully submits to the Court:

1.

Non-resident attorney Elizabeth D. Hatting is an associate with the law firm of Lathrop GPM LLP and is presently representing Defendants, Cummins Mid-South, LLC and Cummins Inc. (of Indiana), in defense of the claims brought by Plaintiff in this action.

2.

Elizabeth D. Hatting has never been the subject of disciplinary action by the Bar or courts of Louisiana or any other state.

3.

Elizabeth D. Hatting has never been denied admission to any state or federal court.

4.

Elizabeth D. Hatting is familiar with the Rules of the State Bar of Louisiana governing the conduct of members of the State Bar of Louisiana and will at all times abide by and comply with said rules as long as this matter in pending in this Court.

5.

Elizabeth D. Hatting is an active member in good standing with the State Bar of Missouri and Kansas and admitted to practice before the United States District Courts for the Western District of Missouri and United States District Court for Kansas.

6.

I, Carlos A. Benach, a resident attorney in the State of Louisiana, find Elizabeth D. Hatting to be a reputable attorney and recommend that the applicant be admitted to practice before this Honorable Court *pro hac vice.*

**WHEREFORE, PREMISES CONSIDERED,** movant, Carlos A. Benach respectfully requests that such permission to practice herein be granted to Elizabeth D. Hatting, *pro hac vice.*

[*Signature Block on Next Page*]

Respectfully submitted this 13th day of January, 2020.

        IRWIN FRITCHIE URQUHART & MOORE LLC

By:   */s/ Carlos A. Benach*
      TIMOTHY F. DANIELS (La. Bar No. 16878)
      CARLOS A. BENACH (La. Bar No. 36797)
      400 Poydras Street, Suite 2700
      New Orleans, Louisiana 70130
      Telephone: (504) 310-2100
      Facsimile: (504) 310-2101

      Mara Cohara (Mo. Bar No. 51051) (*pro hac vice*)
      Elizabeth Hatting (Mo Bar No 67337)(*pro hac vice*)
      LATHROP GAGE LLP
      2345 Grand Blvd, Suite 2200
      Kansas City, MO 64108
      Telephone: (816) 292-2000
      Facsimile: (816) 292-2001

      *Attorneys for Defendants Cummins, Inc. and Cummins Mid-South, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13th, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by U.S. mail, postage prepaid.

      */s/ Carlos A. Benach*